## PACE *v.* PACE.

HILL, J.  The plaintiff filed a petition against his wife, praying that a
former judgment awarding temporary alimony of $25 per month and
$40 attorneys' fees to the defendant and her minor children be vacated
and set aside, or modified to the effect that the payment of alimony
be discontinued, or, if this be not done, that the alimony be paid into
court and held by the clerk of the court, to be disposed of after the
termination of the merits of a divorce suit pending between the parties
in the case. The petition alleged, among other things, that the divorce
suit had been continued by the defendant, and that it was a hardship
on him to be required to pay the temporary alimony pending the trial
of the merits of the divorce suit. The court denied the prayer of the
plaintiff to vacate and set aside or modify the former judgment
awarding temporary alimony and attorneys' fees. To this judgment
the plaintiff excepted, and brought the case to this court by direct
bill of exceptions. *Held,* that the divorce case is still pending in the
court below, and there has been no final judgment disposing of it;
and therefore this court is without jurisdiction to entertain the direct
bill of exceptions on the interlocutory hearing. The writ of error,
therefore, must be dismissed. Civil Code (1910), §§ 2987, 6153;
*Thompson* v. *Thompson,* 124 *Ga.* 874 (53 S. E. 507). See also *Ozmore* v.
*Ozmore,* 41 *Ga.* 46.

*Writ of error dismissed. All the Justices concur.*
No. 1970. NOVEMBER 11, 1920.

Divorce and alimony. Before Judge Wright. Floyd superior court. February 28, 1920.

C. I. Carey, for plaintiff in error.

Willingham & Covington: contra.